UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TIMOTHY STONE | ) | |
| | ) | |
| V. | ) | C.A. No. 11-127L |
| | ) | |
| A.T. WALL, ET AL | | |

O R D E R

The Report and Recommendation of Magistrate Judge Patricia A. Sullivan, dated October 24, 2014, hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, the Motion for Summary Judgment of Defendants, Correctional Officer Thomas Pierce and Correctional Officer Adam Klaus, is GRANTED; the Motion to Dismiss of Defendants, Director Ashbel T. wall, Warden James Weeden, Deputy Warden Donna Collins, and Inspector John Lopez, is GRANTED; and the Motion to Dismiss any claim based on paragraphs 21, 22 and 23 of Plaintiff's Complaint based on the applicable statute of limitations is GRANTED.

ENTER:

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
March 11, 2015